Revised 02.13.2025, Effective 02.17.2025 25-cv-1420

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**Jillbert Sadigh**
**8360 118th Street, Apt 4B**
**Kew Gardens, NY 11415**

**(b)** County of Residence of First Listed Plaintiff ____________
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Pro se Plaintiff (please see above)

## DEFENDANTS

See pages 2 and 3 for list of Defendants

County of Residence of First Listed Defendant ____________
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

**KOVNER, J**
**LEVY, MJ**

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**

**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [X] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing ***(Do not cite jurisdictional statutes unless diversity)***:
28 USC § 1331

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE RPK-RML DOCKET NUMBER See pgs 4-6 for list of prior cases.

DATE 3.7.2025 SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # ________ AMOUNT ________ APPLYING IFP ________ JUDGE ________ MAG. JUDGE ________

## List of Defendants

1. Army Intelligence
2. Central Intelligence Agency (CIA)
3. Federal Aviation Administration (FAA)
4. General Services Administration (GSA)
5. Intelligence Knowledge Network
6. Military Intelligence Corps
7. National Security Agency (NSA)
8. Nuclear Regulatory Commission (NRC)
9. United States National Science Foundation (NSF)
10. United States Army Corps of Engineers
11. United States Army Intelligence and Security Command (INSCOM)
12. United States Army Intelligence Office of Personnel Management
13. United States Department of Defense (DoD)
14. Secretary of Defense
15. Office of the Director of National Intelligence (ODNI)
16. National Reconnaissance Office (NRO)
17. United States Department of State
18. United States Coast Guard Intelligence
19. Federal Bureau of Investigation (FBI)
20. Office of Naval Intelligence (ONI)
21. Air Force Intelligence, Surveillance, and Reconnaissance (AF ISR)
22. Marine Corps Intelligence Activity (MCIA)
23. Joint Chiefs of Staff
24. United States Special Operations Command (SOCOM)
25. Defense Advanced Research Projects Agency (DARPA)
26. Defense Logistics Agency (DLA
27. Defense Threat Reduction Agency (DTRA)
28. Missile Defense Agency (MDA)
29. Defense Security Service (DSS)
30. Department of Homeland Security (OHS)

31. **Federal Emergency Management Agency (FEMA)**
32. **Customs and Border Protection (CBP)**
33. **Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF)**
34. **Drug Enforcement Administration (DEA)**
35. **Five Eyes Intelligence Alliance**
36. **North Atlantic Treaty Organization (NATO)**
37. **United Nations (UN)**
38. **European Union Intelligence and Situation Centre (INTCEN)**
39. **Lockheed Martin Corporation**
40. **Boeing Defense, Space & Security**
41. **Raytheon Technologies**
42. **General Dynamics Corporation**
43. **Palantir Technologies**

**Jillbert Sadigh's prior 34 cases.**

| | | | |
|---|---|---|---|
| 1:23-cv-02937-RPK-RML | Sadigh et al v. USA et al | filed 04/12/23 | closed 03/10/25 |
| 1:23-cv-03247-RPK-RML | Sadigh v. Putin et al | filed 05/18/23 | closed 11/29/23 |
| 1:23-cv-03615-RPK-RML | Sadigh v. Igor Dodon et al | filed 05/15/23 | closed 11/29/23 |
| 1:23-cv-03847-RPK-RML | Sadigh v. The United States of America et al | filed 05/23/23 | closed 11/29/23 |
| 1:25-cv-00218-RPK-RML | Sadigh v. 102 Precinct et al | filed 01/08/25 | closed 02/26/25 |
| 1:25-cv-00945-RPK-RML | Sadigh v. 102 Precinct of the New York City Police Department et al | filed 02/18/25 | |
| 1:25-cv-00947-RPK-RML | Sadigh v. Defense Intelligence Agency (DIA) et al | filed 02/18/25 | |
| 1:25-cv-00948-RPK-RML | Sadigh v. City of New York et al | filed 02/18/25 | |
| 1:25-cv-00949-RPK-RML | Sadigh v. Biden et al | filed 02/18/25 | |
| 1:25-cv-00950-RPK-RML | Sadigh v. LIJ Medical Center et al | filed 02/18/25 | |
| 1:25-cv-01038-RPK-RML | Sadigh v. Pinkhasov | filed 02/24/25 | |
| 1:25-cv-01051-RPK-RML | Sadigh v. Tavakoli et al | filed 02/24/25 | |
| 1:25-cv-01053-RPK-RML | Sadigh v. Shoigu | filed 02/24/25 | |

| | | |
|---|---|---|
| 1:25-cv-01055-RPK-RML | Sadigh v. Bogdanos et al | filed 02/24/25 |
| 1:25-cv-01056-RPK-RML | Sadigh v. Pinkhasov | filed 02/24/25 |
| 1:25-cv-01057-RPK-RML | Sadigh v. Pinkhasov | filed 02/24/25 |
| 1:25-cv-01058-RPK-RML | Sadigh v. Dodon et al | filed 02/24/25 |
| 1:25-cv-01059-RPK-RML | Sadigh v. Pinkhasov | filed 02/24/25 |
| 1:25-cv-01060-RPK-RML | Sadigh v. Fleture | filed 02/24/25 |
| 1:25-cv-01200-RPK-RML | Sadigh v. Pinkhasov et al | filed 02/24/25 |
| 1:25-cv-01204-RPK-RML | Sadigh v. Pulido | filed 03/04/25 |
| 1:25-cv-01208-RPK-RML | Sadigh v. Northwell Health Center for Emergency Medical Services | filed 03/03/25 |
| 1:25-cv-01209-RPK-RML | Sadigh v. Assist Ambulance | filed 03/03/25 |
| 1:25-cv-01212-RPK-RML | Sadigh v. Jamaica Hospital Medical Center EMS | filed 03/03/25 |
| 1:25-cv-01213-RPK-RML | Sadigh v. Pinkhasov | filed 03/03/25 |
| 1:25-cv-01216-RPK-RML | Sadigh v. State of New York | filed 03/03/25 |
| 1:25-cv-01223-RPK-RML | Sadigh v. Pinkhasov et al | filed 03/03/25 |

| | | |
|---|---|---|
| 1:25-cv-01225-RPK-RML | Sadigh v. New York Presbyterian Emergency Medical Services | filed 03/03/25 |
| 1:25-cv-01226-RPK-RML | Sadigh v. Hernandez | filed 03/03/25 |
| 1:25-cv-01261-RPK-RML | Sadigh v. EBMG LLC | filed 03/04/25 |
| 1:25-cv-01263-RPK-RML | Sadigh v. Adminstration for Children's Services (ACS) et al | filed 03/04/25 |
| 1:25-cv-01264-RPK-RML | Sadigh v. Goldstein and Greenlaw LLP | filed 03/04/25 |
| 1:25-cv-01266-RPK-RML | Sadigh v. Torbatian | filed 03/04/25 |
| 1:25-cv-01267-RPK-RML | Sadigh v. Delkap Management Inc. | filed 03/04/25 |

## CERTIFICATION OF ARBITRATION ELIGIBILITY

Local Arbitration Rule 83.7 provides that with certain exceptions, actions seeking money damages only in an amount not in excess of $150,000, exclusive of interest and costs, are eligible for compulsory arbitration. The amount of damages is presumed to be below the threshold amount unless a certification to the contrary is filed.

Case is Eligible for Arbitration ☐

I, ___________________________________________, counsel for____________________________, do hereby certify that the above captioned civil action is ineligible for compulsory arbitration for the following reason(s):

☐ monetary damages sought are in excess of $150,000.00 exclusive of interest and costs,

☐ the complaint seeks injunctive relief, or

☐ the matter is otherwise ineligible for the following reason:

## DISCLOSURE STATEMENT - FEDERAL RULES CIVIL PROCEDURE 7.1

Identify any parent corporation and any publicly held corporation that owns 10% or more or its stocks. Add an additional page if needed.

## RELATED CASE STATEMENT (Section VIII on the Front of this Form)

Please list all cases that are arguably related pursuant to Division of Business Rule 3 in Section VIII on the front of this form. Rule 3(a) provides that "A civil case is "related" to another civil case for purposes of this guideline when, because of the similarity of facts and legal issues or because the cases arise from the same transactions or events, a substantial saving of judicial resources is likely to result from assigning both cases to the same judge and magistrate judge." Rule 3(a) provides that "A civil case shall not be deemed "related" to another civil case merely because the civil case involves identical legal issues, or the same parties." Rule 3 further provides that "Presumptively, and subject to the power of a judge to determine otherwise pursuant to paragraph (b), civil cases shall not be deemed to be "related" unless both cases are still pending before the court."

## NEW YORK EASTERN DISTRICT DIVISION OF BUSINESS RULE 1(d)(3)

*If you answer "Yes" to any of the questions below, this case will be designated as a Central Islip case and you must select Office Code 2.*

1. Is the action being removed from a state court that is located in Nassau or Suffolk County? ☐ Yes ☑ No
2. Is the action—not involving real property—being brought against United States, its officers or its employees AND the majority of the plaintiffs reside in Nassau or Suffolk County? ☐ Yes ☑ No
3. If you answered "No" to all parts of Questions 1 and 2:
   a. Did a substantial part of the events or omissions giving rise to claim or claims occur in Nassau or Suffolk County? ☐ Yes ☑ No
   b. Do the majority of defendants reside in Nassau or Suffolk County? ☐ Yes ☑ No
   c. Is a substantial amount of any property at issue located in Nassau or Suffolk County? ☐ Yes ☑ No
4. If this is a Fair Debt Collection Practice Act case, was the offending communication received in either Nassau or Suffolk County? ☐ Yes ☑ No

(*Note, a natural person is considered to reside in the county in which that person is domiciled; an entity is considered a resident of the county that is either its principal place of business or headquarters, of if there is no such county in the Eastern District, the county within the District with which it has the most significant contacts*).

## BAR ADMISSION

I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.
☐ Yes ☐ No

Are you currently the subject of any disciplinary action (s) in this or any other state or federal court?
☐ Yes (If yes, please explain) ☐ No

I certify the accuracy of all information provided above.

**Signature**: ____________________________________________________

Revised 02.13.2025; Effective 02.17.2025